# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                            Plaintiff,<br><br>v.<br><br>OLATUNDE JAMES TEMITOPE AKINTONDE,<br><br>                            Defendant. | Case No.: 21CR1178-JLS<br><br>**ORDER DENYING DEFENDANT'S SECOND MOTION FOR A SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(C)(2)** |

      Defendant Akintonde moves this Court for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(2) (ECF No. 41). This Court previously denied Defendant's request for a sentence reduction because Defendant does not qualify for relief under U.S. Sentencing Guideline 821 because his amended criminal history point calculation does not change the guideline sentencing category applied at sentencing. ECF No. 40.

      Defendant now contends that the Court should reduce the criminal history calculation applied at sentencing because two of his prior convictions have since been expunged. The Court, however, does not have the authority to modify Defendant's sentence beyond the authority conferred by virtue of Section 3582(c). *See e.g., Dillon v. United States*, 560 U.S. 817, 819 (2010) (recognizing that federal court generally "may not modify a term of imprisonment once it has been imposed" (quoting 18 U.S.C. § 3582(c)).

1

21CR1178-JLS

1  In this case, the Court's authority would extend only to Guideline Amendment 821, which
2  is inapplicable in this case. Accordingly, Defendant's Second Motion for Sentence
3  Reduction Pursuant to 18 U.S.C. § 3582(c)(2) is **Denied**.
4      IT IS SO ORDERED.
5  Dated: February 6, 2025

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge